IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:23cr62-MHT** |
| | ) | **(WO)** |
| **KYLE PARKER JACKSON** | ) | |

**SUPPLEMENTAL ORDER ON TREATMENT-RELATED
CONDITIONS OF SUPERVISED RELEASE**

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 63 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Kyle Parker Jackson to receive mental-health treatment in accordance with the detailed recommendations of Dr. Holly Kaufman. *See* Forensic Psychological Evaluation (Doc. 34-1) at 17-18. The treatment shall include a psychiatric consultation to set up medication management for treatment of post-traumatic stress disorder, depression, and

anxiety, as well as continued psychiatric treatment. The treatment shall also include psychotherapy at least twice per month, unless otherwise indicated by the psychotherapist. The psychotherapy should follow the treatment recommendations of Dr. Kaufman to address symptoms of depression, PTSD, and grief, and to decrease maladaptive coping skills including substance abuse. It should be tailored to prevent domestic violence as well.

 (2) Within 70 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant Jackson is faring.

 (3) The United States Probation Office shall ensure that, prior to beginning treatment, any mental-health practitioner treating defendant Jackson receives a copy of the psychological evaluation conducted by Dr. Holly

Kaufman.  *See* Forensic Psychological Evaluation (Doc. 34-1).

DONE, this the 3rd day of November, 2023.

                                 /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE