IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:23-cr-00062-MHT |
| | ) | (WO) |
| KYLE PARKER JACKSON | ) | |

**<u>FINAL ORDER OF FORFEITURE</u>**

Before the court is the government's motion for a final order of forfeiture (Doc. 43) filed on October 25, 2023.

On July 26, 2023, this court entered a preliminary order of forfeiture (Doc. 29) ordering the defendant to forfeit his interest in a Taurus, model PT709 Slim, 9mm semi-automatic pistol, bearing serial number TKM68742, and ammunition.

Publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the property is worth less than $1,000, and the only potential claimants are the defendant and Clinton Owens. The government gave the defendant notice in the indictment that it would seek the forfeiture of any firearms and ammunition involved in the commission of the offenses in violation of 18 U.S.C. § 922(g)(1).

On August 3, 2023, notice of this forfeiture was served on Clinton Owens. *See* Process Receipt and Return (Doc. 37). No petition of interest was filed within the required 35-day period. Therefore, any third-party interests are barred for failure to file a timely petition.

The court finds the defendant has an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c), and that the govenrment has established the requisite nexus between the property and such offenses in violation of 18 U.S.C. § 922(g)(1).

Accordingly, it is hereby ORDERED that the government's motion for a final order of forfeiture (Doc. 43) is granted as follows:

1.     The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c): **a Taurus, model PT709 Slim, 9mm semi-automatic pistol, bearing serial number TKM68742, and ammunition.**

2.     All right, title, and interest to the property described above is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

3.     The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this order.

4.     The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 3rd day of November, 2023.

<u>/s/ Myron H. Thompson</u>
UNITED STATES DISTRICT JUDGE